IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SAMUEL R. QUEEN,                                                                Case No. 3:15-cv-00806-KI

              Petitioner,                                                                                ORDER

    v.

FEDERAL BUREAU OF PRISONS,

              Respondent.

**KING, Judge.**

      Respondent's motion to dismiss this proceeding on the basis that it is duplicative of *Queen v. Graber*, 3:15-cv-00916-AA (ECF No. 8) is GRANTED. This proceeding is DISMISSED, without prejudice.

      IT IS SO ORDERED.

      DATED this   10th   day of August, 2015.

                                                               /s/ Garr M. King
                                                            Garr M. King
                                                            United States District Judge

1 - ORDER